M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2020 JAN -6  A 10:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Michael Chapman # 271_

Full name and prison name of
Plaintiff(s)

v.

_Jefferson Dunn - Commissioner A.DOC._
_Ruth Naglich - Health Commissioner ADOC_
_Michele Sayer - Copeland - Health Sevices Admin._
_Charlie Wahl - CRNP medical Provider_
_Warden Mary Cooks - Draper Warden_
_Corizon Medical Services -_

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. _2:20 -CV- 00007_
(To be supplied by Clerk of U.S. District
Court)

**DEMAND FOR JURY TRIAL**

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?  YES ☐  No ☒

B.   Have you begun other lawsuits in state or federal court relating to your
imprisonment?          YES ☐          NO ☒

C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff (s) _____ N/A _____

Defendant(s) _____ N/A _____

2.   Court (if federal court, name the district; if state court, name the county)

_____ N/A _____

(1)

3. Docket number _____ *N/A* _____

4. Name of judge to whom case was assigned _____ *N/A* _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____ *N/A* _____

6. Approximate date of filing lawsuit _____ *N/A* _____

7. Approximate date of disposition _____ *N/A* _____

II. PLACE OF PRESENT CONFINEMENT *Elmore Correctional Facility*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Draper Correctional Facility*

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | *Jefferson Dunn - Ala Dept of Corrections Commissioner* | |
| 2. | *Ruth Naglich - Ala Dept of Corrections Commissioner of Health* | |
| 3. | *Michele Sagers-Copeland - Staton Health Services Administrator* | |
| 4. | *Charlie Wahl - C.R.N.P Medical Provider For Draper C.F.* | |
| 5. | *Mary Cooks - Former Warden Draper C.F. (Now At Fountain C.F)* | |
| 6. | *Corizon Medical Services - Former Medical Subcontractor* | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *January 4th 2018*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *deliberate indifference and all other grounds cited in attached pleading*



STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Attached Pleading
Refusal to give proper eye care, Refusal
to treat an ear infection that led to brain
infection.

GROUND TWO:
See Attached

SUPPORTING FACTS:
See Attached Pleading

GROUND THREE: See Attached pleading

SUPPORTING FACTS: See Attached Pleading



VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

See pleading thats attached but I want
a declaratory relief, injuctive relief
and monetary damages rewarded against
the defendants, compensatory and punitive
damages. Additional handwritten Pleading of facts
etc, included and I declare that pleading true and correct.

Michael Chapman #271128

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/23/2019___.
(Date)

Michael Chapman

Signature of plaintiff(s)

United States District Court
For
The Middle District of Alabama

Michael Chapman #271127,
Plaintiff pro se §1983 Complaint

Case No. 2:20-CV-00007

v.

Jefferson Dunn, Commissioner Ala. Dept. of Corrections (A.D.O.C.)
Ruth Naglich, Associate Commissioner of Health (A.D.O.C.)
Michele Suyers-Copeland Former Health Services Administrator at Staton Health
Care Unit for Corizon (S.H.C.U.),
Charlie Wahl - Certified Registered Nurse Practitioner at Staton
Health Care Unit (S.H.C.U.) under Corizon,
Warden Mary Cooks - Warden, Draper Correctional Facility (A.D.O.C.),
Corizon Medical Services - Sub-Contractor For ADOC until May/April 2018

**DEMAND FOR JURY TRIAL**

Statement Regarding Pro-Se Representation

(1)  I am filing this U.S.C. §1983 on my own behalf
and am unschooled in law. I am further an indigent
incarcerated inmate and unfamiliar with the Rules
and procedures, so therefore, I request this pleading
and all future/subsequent pleadings and court filings
to be liberally construed.

(2)  "... a pro-se litigents submissions are held to a less
stringent standard than [those] drafted by lawyers,"
Haynes v. Kerner, 404 U.S. 519, 520 (1972) Also See:
Baldwin Co. Welcome Center v. Baum, 466 U.S. 147 (1984)
"... a district court which holds pro-se
litigents to the same standard as a trained
practitioner may end up routinely rejecting
meritorious claims for failure to prosecute."

page (1) of (40)

This Course we cannot approve. Unless the Court is willing to guide pro-se litigents through the obstacle Course it has set up, or to allow them to skip some of the less substantive obstacles, it should not erect unnecessary procedurial barriers which many pro-se litigents will have difficulty surmounting without the assistance of counsel." Kilgo v. Ricks, 983 F.2d 189, 194 (11th CA 1993)

(3) Chapman has along with his symptons as described in the complaint, has recently suffered a stroke July 6th 2018, So he respectfully requests that he be allowed to proceed in the present format, shape and/or form of the petition. Also he cannot type and the type-writers are not funtioning in the law library which is antiquated itself.

## I. Jurisdiction and Venue

(4) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State law (Alabama), of rights Secured by the Constitution of the United States. This Court has jurisdiction under USS Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

page (2) of (40)

(6)    Plaintiff Chapman's claims for injictive relief
are authorized by 28 U.S.C. Section 2283 and 2284
and Rule 65 of the Federal Rules of Civil Procedure.

(7)    The District Court of The Middle District of Alabama
is an appropiate venue under 28 U.S.C. 1391 (b)(2)
because it is where the events giving rise to this
Claim (S) occurred.

## II.   Plaintiff

(8)    Plaintiff Michael Chapman is and was
at all times mentioned here in, a state inmate/prisoner
of the State of Alabama in the custody of the
Alabama Dept. of Corrections. He is confined in Elmore
Correctional Facility, in Elmore, Alabama.

Page (3) of (40)

## III Defendants

(9) Defendant Jefferson Dunn is currently the Commission of the Alabama Dept. of Corrections. He is legally responsible for the entire Ala. Dept. of Corrections and its operation. He is also legally responsible for the health and welfare of all inmates statewide in A.D.O.C.'s prison System.

(10) Defendant Ruth Naylich is the Associate Commissioner of Health. She is responsible for the health and welfare of all inmates in A.D.O.C.'s custody and Control. She is also responsible that all of A.D.O.C's Administrative Regulations are followed at all facilities with Health Care Units Statewide, amongst other health related duties.

(11) Defendant Michele Sagers-Copeland was the Health Services Administrator at Staton Correctional Facility's Health Care Unit. Her duty was to oversee the operation of the Health Care Unit as well as any grievances and sick call issues. She was terminated in December 2017 for allegedly destroying documents and other issues.

page (4) of (40)

(12) Defendant Charlie Wahl was the medical provider for Plaintiff Chapman. She is a Certified Registered Nurse Practitioner (C.R.N.P.). She was employed by Corizon Medical Services the former Medical Subcontractor for A.D.O.C. Wexford Health took over the contract in aproximately April/May 2018.
    She did not remain with Corizon and is now Employed by Wexford at Staton's Health Care Unit to the best of the plaintiff's Knowledge.

(13) Defendant Mary Cooks was the Warden at Draper Correctional Facility where Plaintiff Chapman was housed/incarcerated at when the incident and injury occurred. She was responsible for operation of Draper Corr. Facility and the health and welfare of inmates who were incarcerated there. Draper was closed in March 2018 due to enviromental conditions and other issues. Defendant Mary Cooks is now the Warden best to Plaintiffs Knowledge at Fountain Correctional Facility. She was employed by A.D.O.C. at both Facilities.

page (5.) of (40)

(14) Defendant Corizon Medical Services was the Medical Subcontractor For A.D.O.C. until Aprill/May 2018 when the Company lost it's contract to Wexford Health, It was at the time of it's Contract with A.D.O.C. charged with the medical care of A.D.O.C. inmates statewide in it's prison system. Wexford Health now holds that medical Contract.

(15) Plaintiff Chapman reserves the right to add other alleged defendants, if after discovery is developed he sees or feels the need arises. He had a stroke aproximately one year, seven months after the allegations made against the Chief defendants in the cause. Chapman was discovered to have a Mass brain infection December 31st 2017 after Charlie Wahl CRNP refused to treat a serious ear infections. If the two events are related, with the change of employees and/or medical sub-contractors, it may be necessary to name additional defendants. The stroke occurred on July 6th 2019. After review by U.A.B neurosurgeon, Mark Harrigan who performed the brain surgery on Jan. 4th 2018 of the MRI and CT scans now and then, Chapman will make the decision to

Page (6) of (40)

(16)  add additional defendants at that time

## III. Facts

(17)  This Lawsuit starts with Defendant Michele Sayers-Copeland. She was Director of Nursing at Staton Correctional Facility's Health Care Unit. This Health Care (H.Cu.) Unit served Staton Corr. Facility, Elmore Corr. Facility 1½ miles down the road, Frank Lee Work Center 3 or 4 miles away, and Draper Correctional Facility, which is right next Door to Staton and accessed through a gate, separating the two prisons. For sick call appointments chronic care and eye clinic appointments, inmates were seen at Draper C.F.'s Chapel in the mornings

(18)  Plaintiff had been at Draper CF since April 2011. In December 2014, the eye doctor put Chapman in for eye surgery for cataracts.
       On/about February 2015, then medical Provider CRNP Nancy Barnette told me that surgery on my eye had been denied. She resubmitted for eye surgery twice and it was also denied. In August 5, 2025 I put in a grievance rather a sick call because I was appealing a decision made about my health care and saw it as redundant. On 8/20/2015, Defendant Michele Sayers-Copeland (herein after "Copeland") responded with "Please submit a sick call request (exhibit 1) after I specifically

page (7) of (40)

(19) in detail stated I had already been denied Cataract Surgery on my eye, So on 9/13/2015 I submitted a grievance appeal and assumed Copeland had denied it and signed the previous grievance, The grievance appeal was back & Front in detail citing A.D.O.C. Regulations Etc.

(20)      I'm assuming here it was signed by "Long" as I can't clearly read her writing on 9/28/2015 stating Copeland didn't deny the surgery but the Medical Director did. (See Exhibit 2) and two days later I was called over to Staton H.C.U to be "chewed out" by Copeland and her stating she did not deny my surgery Nor did she sign the last grievance (see Exhibit 1) which was a lie. This occurred on 9/30/2015. When I Showed the grievance in front of witnesses that she in fact lied (Exhibit 1), she calmed down some, stated she would resubmit my file herself and to put in a Sick call. I did so on 10/1/2015 with No Response and put in another 11/25th/2015, 12/6/2015 and 1/12/2016, with No responses on any. I then put in a grievance on 2/28/2016 with no response.

(21)      I put in an appeal on the grievance on 3/1/2016 with No Response.

(22)      On 4/4/2016 I put in another grievance
            (Exhibit 4)
                    page (8) of (40)

(22) Stating " I have put in 4 sick calls and (Exhibit 4) 2 Grievances with NO Response" and Copeland replied with put in a "sick call". What part of I already had and got no response did Copeland not understand.

(23)     Frustrated and mad about the hoops she was putting me through, I decided to go over her head and wrote Commissioner Jefferson Dunn an eight page letter informing him of the hell she was putting me through.

(24)     With no further contact with her or paperwork by me, I saw the prison eye doctor on/about July 2016. He resubmitted me for surgery.

(25)     On 8/15/2016, I put in a grievance (Exhibit 5) inquiring about the Cataract surgery. The next day on 8/16/2016 she (Copeland) stated "Your surgery has been scheduled"

(26)     In late August of 2016 I went to "Eye Center South" to be evaluated for surgery etc. When I got back late that day, in the hallway she had a look of contempt and hatred towards me but said nothing. The C.O. that took me to Dothan said she got chewed out by someone in Montgomery, though I do not know who.

(27)     I had surgery done on my left eye and the Doctor said he would do surgery on my

page (9) of (40)

right eye once the left had healed.

(28)   After surgery my vision was outstanding. I had 2 or 3 post-op follow-ups. The last being in February 2017. (I have not been back since though.)

(29)   I was seen by Dr. Sabastin Heersink who also did the surgery. On the February 2017 visit, he said the left eye was healing nicely, but he would have to do some "clean up" work as there was something in the back of it and if he didn't do it soon, my vision would diminish in that eye. He further stated he had cancellation(s) that afternoon and he could it that day or do surgery on my right eye as it had been already approved. He would need to call Staton to get it authorized. He did so using Officer Gordon's cell phone using the speakphone.

(30)   He was put on the line with Copeland who stated she did the scheduling not him, further stating "she ran this not him" being very rude. He was trying to explain to her it would save an additional trip to Dothan and save A.D.O.C. and Corizon money. She hung up on him without a word from her. He asked Officers Gordon and Moore who was that and they replied "Pure Evil".

page (10) of (40)

(31)     They brought me back to Staton HCU after 5 pm and the Nurse said I would have to do follow-up with my medical provider in the Morning and gave me the "add on" paper so I could see him. (Ms. Barnette resigned and was replaced with CRNP Watson, a Male Nurse Practitioner/or Assist.)

(32)     I went to the Chapel next morning and someone stated that all appointments had to be rescheduled because the medical provider had quit or something to that effect.

(33)     I sent in a grievance and grievance appeal to be put in for additional work done on my eyes. I sent them 3/30/2017 and 4/23/2017 respectively.

(34)     I am filing a lawsuit primarily about an ear infection that led into a Brain Abscess, but Copeland was Health Services Administrator at the time I needed eye surgery that had been approved and later an ear infection which I addressed Both issues on the grievances and grievance appeals She was in charge of handling so I feel both issues are interlocked/incorporated through Copeland as didn't answer the vast majority of my grievances.

(35)     The main reason I am telling the Court of this, the "Deliberate Indifference" she demonstrated.

page (11) of (40)

(36)   She is the Connecting link between the eye issue which I am having a hard time resolving because she was terminated in December 2017 for Allegedly "destroying documents" which the file on my eyes is missing and the changing of Medical Subcontractors from Corizon Medical Services and to Wexford Health. If I have to choose between the Cataract eye surgery and the Brain infection issue (& abcess), I choose to proceed with the Brain infection issue but retain all underlying facts Regarding my eye issue in support of the deliberate Indifference Claim I have against her.

(37)   Additionally, it has been nearly (3) years since I saw Dr. Heersink about my eyes. My left eye I can see only about 65 percent of when he first performed the surgery. My Right eye I can only see light and shapes. I would be legally Blind in the right and if something happened to the left eye I would be unsafe in prison population.

(38)   In early June 2017, I came down with a sinus infection which also led into an ear infection in both ears. On 6/15/2017 I put in a sick call with No Response, So I put in a second one 6/21/2017 (Exhibits A and B). I then followed up with a grievance on 7/01/2017 and a grievance appeal on 7/10/2017. (Exhibits "c" and "d").

Page (12) of (40)

(39)  Sometime in late July or August, 2007, I was on the newsletter at Draper C.F. for Chronic Care in Draper's chapel.

Several inmates were also present, some waiting on me to open the General Library/Law Library as I was the Law Clerk and librarian to check out books. Randy Schoonmaker and Todd Whitehead were sitting with me as they were waiting to see the medical provider (C.R.N.P.)

(40)  The procedure in Chronic Care is that an Registered Nurse does your vital signs etc and then you sit back down to see the Certified Registered Nurse Provider (C.R.N.P.). I sat down with the RN first. This was the first time I had seen either the RN or C.R.N.P. as they were new hires.

(41)  The R.N. proceeded to do my vital signs and made the comment I was polite and respectful, unlike other inmates. She further stated we (inmates) were the chief reason we couldn't get good health care as we ran "off all the good" help. She said my name and Nurse Practicioner and Defendant Charlie Wahl glanced over towards me for a second. I had never laid eyes on her before.

(42)  Anyway, I said that is not true and she (RN) said "how would you know"? I stated I was at Draper since 2011 and saw plenty of good and bad

page (13) of (40)

(42) Nurse practicioners come and go. The good ones never lasted long and the bad ones much longer. The Nurses (RN's & LPN's) were very low in turnover.

(43)    The reason why I stated this to her, was because the good ones cost Corizon money as they try to help inmates and the bad ones give us substandard care. That I was the law clerk and many inmates sought my advice when given inadequate care or refusal to do so plus I had medical professionals in my family and I was Intelligent and educated.

(44)    Upon hearing I was the law Clerk, CRNP. Wahl looked at me and sneered. Though, It was speculation, I believe defendant Copeland had already warned her before She saw me.

(45)    The RN. stated she did not know the above. She finished her vitals on me and I sat back down to wait my turn with Wahl. When it became my turn, she was not nice, but not rude, just acted cold. She went through the basic Chronic Care protocol, then I showed her the Q-Tips where I swabbed my ears (2) hours prior. They were coated in yellow puss that was heavy & thick. She stated "that's disgusting" and made me throw them away. They were sealed in zip lock bag and were not a threat.

page (14) of (40)

(46)   I told her I needed Antibiotics as my ears had been draining puss at night for 2 or 3 months but when I got up during the day and went to work they quit other than popping like swimmers ear and decreased hearing. She said she'd be the judge of that and took some type of scope and looked in each ear for a few seconds. She then stated and I quote "They are perfectly pink and cozy, you are lying, all inmates are liers, You have absolutely "Fucking" nothing wrong with them, and I am not giving you "shit" unquote. I explained or tried to about putting in sick calls and grievances and my ears only leaked at night. She said "Get out of my face, I am not giving you shit, go back to your dorm or the fucking library. I was upset but I knew to show this would only escalate this, so I kept calm and composed. I started to speak again but she yelled "Put in a sick call", and I said I already did, but if I was to put in another one would I get anything then, she said "you didn't hear me the first time, there's nothing fucking with you and I'm not giving you shit even If you put a sick call in." So I dropped the subject and moved on about my eyes needing to be scheduled for surgery and that had already approved. She said. put in a sick call and get out of my fucking face.

                    page (15) of (40)

I said I would put paperwork & make some calls about how she treated me, she said I don't give "rat's ASS" who you call, I then exited the chapel with a correctional officer saying you know what to do he was on my side. I cannot remember his name though.

(47) So I did put in a sick call on Sept. 7 2017, and another one on September 15, 2017, (Exhibits E & F). I got No Response. So I put in a grievance (Exhibit G) and a grievance appeal (Exhibit "H"), and another appeal on the eyes and the ear infections for a total of (3) grievances/appeals. I did this on 9/20/17, 9/30/17 and 10/10/2017. The last one on 10/10/2017 (Exhibit I).

(48) On 10/11/2017 I went to Capt. Brenda King who called Staton Lt. C.U. and they said I was scheduled for the 13th or 14th of October. I didn't go or ask Schaffer for it. On October 17th, 2017, wrote Mary Cooks who was

(49) the warden at Draper C.F. Got No Response.

(50) On October 27th 2017 wrote Jefferson Dunn, the Commission of A.D.O.C., Ruth Naylich, the Associate Commissioner of Health and Corizon Medical at their St. Louis and Tennessee addresses to make complaints about Michele Singers-Copeland and C.R.N.P. attitude, behavior and refusal to treat me. No Response from any one.

(51) I held off the infection from buying "over the Counter Medicines consisting of Sinus Medicine, Tylenol and Ibuprophen from Ms. Wahl's refusal to treat me. My Left ear was getting better, but still poppling and hearing loss and only draining every other day. The right side though were same but still had puss draining less. I assumed I was getting better slowly

page (16) of (40)

(51) but surely, I suffered no adverse symptons during the day but the popping and hearing loss. The draining only happened when I went to sleep

(52) I did not suffer any adverse effects until the last week of December when I would get feverish or slightly nauseated.

(53) On/about December I came (December 31st) in from the Library, dropped my books etc off at my bunk in front of the dorm and went to the back of the dorm (upstairs) where I urinated in the bathroom, washed my hands and a huge wave of nausea hit me along with the bad taste of infection hitting me inside my mouth. That's the last thing I remember until I woke up in the back of an ambulance at Jackson Hospital in Montgomery in the E.R. Entrance. That was three days later.

(54) From December 31st 2017 to January 3rd 2018, I was out of it and I don't even remembering being at Jackson Hospital. From what I have been told they put me on the medical gurney and wheeled me from Draper to Staton C.F. as it is next door. They got me over there, and the attending nurses thought I was "high" on some drug. I don't do drugs, and am a model inmate. A corrections officer from Draper, a Ms. A. Nicholson-Roe was over there.

page (17) of (40)

(55)      She told the nurses "That's my Law Clerk, does'nt do drugs and he is one of smartest men at the camp". They argued at the ~~[crossed out]~~ issue about taking me to the hospital. C.O. Nicholson-Roe thankfully stuck-up for me and got me transported by ambulance to Jackson Hospital. I stayed there for three days (Dec. 31st 2017 to Jan 3rd 2018) (or Jan 4th) when I woke up in Back of a Haynes Ambulance. The female E.M.J. told me what was wrong with me. I said "what's the holdup, why aren't you taking me in for treatment?" She told me I'd been at Jackson Hospital for (3) days and I was on the way to being transported for Emergency Brain Surgery. They said I was being taken to U.A.B./B'ham and were waiting on two C.O.'s to ride down from Donaldson C.F. to ride escort from Montgomery to Birmingham. I don't know if it's true or not but they said I Flatlined because of my kidneys shutting down on way to Jackson when I first was transported from Staton to Jackson on/about the 31st of December and again on the way to UAB/B'ham I flatlined. This is what the U.A.B nurses told me

(56)      They admitted TO UAB/B'ham and put me in the I.C.U. They cut a "C" incision in my right side of my head following the outline of my ear.

page(18) of(46)

(57)   They removed the abscess, all of and/or part my mastoid bone, a small portion of my brain as the infection had ate through all that tissue. They also put a tube in my ear (right side). I was on "vancomycin" twice a day and mycipine/cypine (not sure about spelling) three times a day. Both are strong Antibiotics. So strong they could not use a regular I.V. line in a vein/artery and instead put two port or pique lines to give me antibiotics through. They were in my right arm just above the elbow and ended near the Heart. They also installed a regular I.V. on my left arm to draw blood from to make sure I had regained normal Kidney function and to ensure the "vancomycin" wasn't effecting my Kidneys as too much at a time will shut them down.

(58)   I left UAB/B'ham on/about January 8ᵗʰ or 9ᵗʰ, 2018 because Dr. Scott Bell and Darryl Ellis said they could care for me at Staton C.F. H.C.U. The UAB Surgeon said he had no problem with me staying there longer but they insisted on moving me to Staton.

(59)   I suffer from Vertigo, tinitutus (ringing in the ears), wandering headaches all over my head, loss of hearing in both ears 10 to 20 percent in left, up to 40 percent or more in right ear, and sometimes what hear in left doesn't process correctly with what I hear in right.

(60) Also my Right ear pops or has "soap-sud" noise in my ear (Right) My thought process is scrambled at times, more so with the recent Stroke. My Memory is still good but it's difficult to call something up whether it's from Long or Short term memory, they put a tube in my right ear, my mastoid bone has been removed, all or part of it on Right Side, part of my brain has been removed to my Knowledge on right side behind my ear, and I am prone to seizures so I have to take seizure medicine (Kepra) rest of my life.

(61)    These side-effects/Symptons are permanent and at times very aggravating.
    And they will remain permanent.
I also have the issue of the Cataracts, thanks to Defendant Sagers-Copeland and Wahl not answering my sick-calls or grievance or grievance appeals.

(62)    When I arrived at Staton C.F. HCU, other than the above symptons, I felt pretty good. But that only lasted 2 weeks. I had to be on the antibiotics described above until February 15th, 2018, so I was on them aproximatly 2 months. They housed me in Staton's H.C.U. "Medical Observation Unit" (M.o.u.) from January 8th, 2018 until FEB. 23rd. Dr. Bell at Staton H.C.U. scheduled me for A MRI on February 14th to determine if I needed to continue the antb.otics but wasn't done because Staton

Page (20) of (40)

(63). couldn't clear their inmate count until 4:45 pm (ac)
so they had reschedue it February 21st, 2018. He had
discontinued the Vancomycin + Myclpin but put me
on amoxicillen for a sinus infection on the 13th or 14th of February.
    I still felt pressure or inflammation on the right side.
He kept saying I was being hypersensitive from the surgery.
I felt a slight pain through-out my right side (ac)
upper and lower Jawbone. But the amoxicillen cleared up (at my request)
most of it. On/about February 23rd he released from Staten Healthcare
to Draper C.F. and they (A.D.O.C.) were in the process
of closing the prison due to enviromental conditions at
Draper (See D.O.J. report filed April 2019) Like Black mold
in the bathrooms, sanitation and drainage problems with the
same and the kitchen, etc. I truly believe these
conditions contributed or was the cause of the infection
with my ears that because Ms. Wahl refused to treat
and led up to a Brain Abscess/meningitus. The infectios
disease team at UAB/B'hm was called in, as was as E.N.T.
(Ear, Nose, Throat), Kidney MD/Specialist etc. Draper closed
in aproximately March 2018.

(64)     Anyway February 23rd 2018 was on Friday, I was
out and at Draper 4 days and they scheduled me
for another "Chronic Care" appointment than no other
than Defendant "Charlie Wahl," I refused that and handed
the R.N. with her a medical grievance.
                    page (21) of (40)

(65)   specifically, I went into Draper's Chapel and informed the R.N. I wanted to sign a refusal which had a place to state why I was refusing. I stated I wasn't refusing "Chronic care" just being seen or treated by CRNP Charlie Cupler and also handed her a medical grievance to Mr. Darryl Ellis who was Health Services Administrator after defendant Sayers-Copeland departure. He has so far complied with my request, I see the M.D. for now on, and have

(66)   But that afternoon, I got transferred to Elmore Corr. Facility which has no medical Staff. except during pill call times at 4 AM, 12 Noon and about 4 to 5 pm. They could have transferred me to Staton but they did so I believe in retaliation considering what I had just gone through and it takes up to 2 or more years to completely heal. Elmore CF is over run with what they call "Flokka" a drug that has any number of effects on you and the officers here will say you are "Flokkin" when you actually had a life threatening issue. It is 1½ miles from staton to here, by they get someone to transport you and seen to at Staton, it may take 2 or 3 hours at times, like when I had my stroke July 1st 2019 of this year. They don't have any medical staff here.

page (22) of (40)

(67)  On/about after a free-world visit with Dr. Camin
at UAB/B'ham he requested another MRI done to
see that all the infection was gone (April 2018), the
MRI was done on April 23rd or 12th, 2018 and then
when I went back to UAB/B'ham, I saw
Dr. Benjamin M. McGrew MD/ENT, I thought to
address my sinus issues etc, but Dr. Bell at Staton
misled me on that and he was only doing a hearing
test and check the tube, He, Dr. Camins (infectious disease
dr.) and Dr. Mark Harrigan were supposed to get a CD.
of the last MRI but they didn't, I was also supposed
to see Dr. Harrigan the brain specialist But did not
because Dr. Bell at Staton said allegedly he had spoken
with him and said I was healing nicely. Dr. Bell is
a general practicioner and is not qualified to make
that assessment. He also said on one of my appts.
at Staton that the MRI looked good. It was in April
I think, I asked him if the right side looked healed
or if I had anything going on in my sinus area. He
said the MRI shows everthing is good, I caught
him in a bold face lie. He NEVER looked at the MRI
because when he said that, I Blew My nose
and the Mucous was yellow + green, I said thwhat's
that then, his look face told all. He popped the MRI-CD

page (23) of (40)

(68) , and it showed I had a mass sinus infection and some inflammation where I had the surgery. I confronted him about it and he said he "overlooked it" but I am a lay person and I could even recognize it.

He immediatly put me on Amoticillin for the infection. We also addressed the eye (cataracts) and I explained here what had occurred. We had previously discussed this. He said my file on my eyes was missing including the Cataract Surgery on left eye. So rather than getting the records from "Eye Center South" in Dothan or calling Dr. Heersink there and submitting me to go Dothan to have my clean-up (post-op) done on my left eye and cataract surgery on right, he started me back all the way from the beginning, seeing the prison eye doctor etc. My eyes had already been evaluated by Hi-Tech diagnostic equipment the prison eye doctor does'nt have. Then A.D.O.C. changed Medical Subcontractors from Corizon to Wexford Health and I'm being denied even the clean-up work on my eyes, when other inmates have had Cataract surgery done under Wexford Health.

(69) Regarding my care I received while at Staton Hcu/Mou, it was horrible.

page (24) of (40)

(69) RN's staff the ER and the M.O.U., one is assigned to each. Due to staffing shortages LPN (Licensed Practical Nurses) who don't have the qualifications an RN does started filling in. RN's are the only ones qualified to change out my IV-antibiotics on my port/pique lines weren't on duty so, they would have an RN Hook me up to a saline line or IV, then let the LPN's "piggy back" on those lines with my medication. I had two lines, one red and one Bluish/Purple. RN Nurse "Likely" (her real nume) stripped out the purple one. She refused to hook up to the Red one saying it was only for drawing Blood, Dr. Bell and DON RN Kelly Rice and Critical Care Nurse ADAMS (Als RN) said you could hook up to either one. (UAB was pumping two antibiatics in me at same time, hence the two lines. Staton was only hooking into one and instead of pumps, they did the old fashioned IV. Likely still refused and said she wasn't gonna lose her license. She told me when she worked she was gonna run regular IV in my left arm and do it in a vein which was the primary purpose of the port lines. Then Dr. Bell said you can't because the Vancomycin will eat his veins up But he said he could do an "IV push" which consisted of large syrenge that screws onto the port line and you "push" the antibiotic

(70) into the line over a 5 to 10 minute time frame, which also defeats the purpose of the lines as vancomycin in my case has to be slow dripped over a 2 hour period per U.A.B. to keep from shutting my kidneys down. DON resolved it finally after a week or so by simply changing the ends out as they were two piece. All of that argument and you can change the ends out and according to Nurse Adams, they are supposed to do it once a week.

There were times I didn't get meds on time if at all because of staff shortages. There is a lot more on this issue that may be necessary to include in the future. They cover up what they (prison medical officials) do or don't do by lying, falsifying documents etc. We get the care that is substandard by even freeworld "free clinics etc. We are human regardless of what we did to come to prison and because we do not have the freedom to choose our medical providers like the free-world citizen, we are stuck many times with what we have which often times makes us worse or kills us prematurely.

There should be more preventive care instead of the present system of "waiting for the last minute".

(Exhibit K) → See Exhibit "K" for "Prison Legal News" news article related to the same issue. This is the kind of care we receive.

page (26) of (40)

## IV Exhaustion of Legal Remedies

(70) Regarding Defendant Sayers-Copeland, after being informed by my then CRNP Nancy Barnette that my cataract surgery had been denied, Ms. Barnette submitted the surgery two more times and it was denied. I was originally put in for eye Surgery on/about December 2014, denied, and resubmitted by Provider Barnette. On August 5, 2015 I used the medical grievance form and specifically told Sayers-Copeland why I needed the surgery. She responded by stating "Please submit a sick call request" which made no sense as I submitted the grievance of/about an issue that had been denied. On September 13, 2015

(71) I submitted a "grievance appeal" outlining the same issues and outlining that only an M.D. or eye specialist was qualified to make that determination not an RN, LPN or the Health Services Administrator/Director who has not examined me or has a rank above an RN. On 9/28/15, I was told that the medical Director not defendant Sayers-Copeland. I was then called over to Staton H.C.U. to be chewed out by Sayers-Copeland for a lack of better words who further informed

(denied the surgery)

page (27) of (40)

me to put in a "Sick Call" on 9/30/15. I did
So on 10/1/2015 with No response. I put
in another in November 15th, 2015 and December
6th 2015 with No Response and final one on
Jan, 12th 2016 with No response, I then
on February 12, 2016 put in a grievance so I
waited until February 28th 2016 to get a response
but none was forthcoming So on March 1st 2016
put in a "grievance appeal" with No Response.

(73)    → On ~~the~~ April 4, 2016 I put in a grievance
with the statement "I had previously put in
4 sick calls" and "2 grievances" and she
finally responded "Put in a sick call". I had
enough and wrote Commissioner Dunn, and
about June/July 2016 went to prison eye doctor
who submitted me for eye surgery on my left eye.

(74)   On 8/15/16 submitted a grievance about my
surgery and next day I get it back saying
my surgery had been approved. On October 16 2016
I had cataract surgery done on my left eye
and several post-surgery follow-ups, the
last being February 2017, in which the eye
specialist in Dothan (Eye Center South) stated I needed
some post-op clean-up work on that eye (Left)

page (28) of (40)

(75) This was diagnosed by Dr. Sabastian Heersink. He said that additionally my <u>right</u> eye was approved for surgery also and asked which I wanted to do first, the past-op clean up work on the left eye or the cataract surgery on right eye.

(76) I chose the surgery on the right eye. He said he had a cancellation and could do either right then, to save me another trip to Dothan as well. A.D.O.C. C.O.'s Gordon and Moore. They said they had no problem with it. He called ms Sayers-Copeland for approval on C.O. Gordon's cell phone. She (Sayers-Copeland) proceeds to act rudely, told Heersink she would schedule work on either eye when she got ready and that she runs this and my eyecare not him. He then tried to tell her it would save money and an extra trip down there. She hung up on him.

(77) He asked C.O.'s Gordon and Moore who she was and they responded "pure evil." They brought me back to Staton H.C.U. She was gone but LPN Parker gave me a paper saying I had a follow up the next day at Draper as it was too late in the day, with the medical provider. The next day, I went to Draper's Chapel to see the medical provider and they said I would have to reschedule as he had resigned.

(78) I sent in two grievances regarding this on March 30th 2017 and grievance Appeal April 3rd 2017.

(79)     Then I came down with a Sinus and ear infections in both ears. I put in a sick call (Exhibit "A") and another (Exhibit "B") on 6/21/2017. The first was on 6/15/17.

(80)     I then followed with a grievance on my Sinus/ear (exhibit C) infections and about Cataract Surgery Scheduling on 7/01/2017

(81)     When I didn't get a response, I submitted a (Exhibit d) medical grievance appeal on 7/10/2017.

(82)     I saw Defendant Charlie Wahl in I believe August 2017. She refused treatment for the sinus/ear infections and submit for Cataract Scheduling.

(83)     I then Submitted a sick call (Exhibit "E") on 9/07/2017 addressing the ear infections.

(84)     Submitted a second sick call (Exhibit "F") on 9/15/2017 addressing the Ear infections.

(85)     Submitted a medical grievance on 9/20/2017 addressing the ear infections. (Exhibit G)

(86)     Submitted a medical grievance appeal on 9/30/2017 (Exhibit H) addressing the ear infections and scheduling for the Cataract Surgery.

(87)     Submitted a medical grievance Appeal on 10/10/2017 (Exhibit I) addressing the ear infections and Cataract Surgery Scheduling

(88)     On/about 10/11/2017, went to Capt. Brenda King who called over to Staton H.C.U. and Staton said I (Never went) was scheduled Thurs. the 13th or Friday the 14th 2017

(89)     Wrote Warden Mary Cooks addressing the ear infections,

page (30) of (40)

cataract surgery scheduling and no response to any sick call or grievance or grievance Appeal. This was October 17th 2017. No Response.

(90)   Wrote defendants Corizon Medical, Commissioner Jefferson Dunn, Assoc. Commissioner Ruth Naglich about CRNP. Charlie Wahl and H.S.A. Michele Sagers-Copeland about their behavior and not providing me Medical Care when I clearly needed it. Also the cataract surgery scheduling, follow up on left eye and ear infections. This occurred on October 25th, 2017.

(91)   Exhibits of the letters written to defendants are forthcoming as plaintiff is making copies of them through his stepmother as well as any grievances and/or sick calls predating the sinus, ear and eventual Brain infection. Those letters were written to Defendants Dunn, Naglich, Cooks and Corizon, after the sinus/ear infection and Ms. Wahl's refusal to treat me.

## Legal Claims

(92) The Plaintiff reallege and incorporate by ~~refence~~ referance paragraphs 1-91.

(93) Defendant Dunn showed deliberate indifference when he failed to respond to my letter, didn't follow up with the Ruth Naglich, Warden Cooks or anyone associated with Corizon. He is Not entitled to "Respondant Superior" immunity because I Notified him in writing what my situation was and they (subordinates) were in violation of A.D.OC. policy and procedures. He is A.D.O.C.'s Commissioner and has a duty to see that all inmates receive proper medical care.

(94) Ruth Naglich the Associate Commissioner over Health also has a duty that all inmates are treated equally fairly and receive proper medical care. She did not respond to my letter that was in detail and Specific. She was made aware of my situation and that Corizon officials and/or employees were refusing my treatment of an ear infection in 2017. I have ~~not~~ also mailed her two letters this year regarding my cataract surgery on right eye and the follow-up surgery/cleanup work to be done on the
page (32) of (40)

(94)(95)   Left eye and my eyesight has diminished
as Dr. Heersink predicted it would in February 2017.
      I wrote her letters regarding that issue alone
in this year (2019). She has yet to respond to them.
      She is acting with "deliberat indiffence" regarding
a "serious medical need" then in November 2017 and
this year. She is NOT immune due to "Respondant Superior."

(96)   I wrote the Medical Subcontractor, Corizon
Medical the Same information at St. Louis
address and the Tennessee address and incorporate
Paragraphs (93) and (94) into this paragraph as it
relates to the same subject matter.

(97)   I wrote Warden Mary Cooks, Warden
of Draper Correctional Facility, the warden during
my personal injury and incorporate paragraphs
(93),(94)(95)(96) and paragraphs (1) through(2) into
this. She also was directly responsible for me,
Health, welfare and custody, while at Draper C.F.
   She did NOT respond to my letter to her and
as her Law Clerk/General Library Clerk, I thought
in the least she would at least respond and/or
Call over to Staton C.F. H.C.U. and see what the
problem was. To My Knowledge she did NOT.
               page (33) of (40)

(98) C.R.N.P. Charlie Wahl was my medical Care provider at Draper C.F. After showing her a serious medical need chiefly "puss off Q-Tips" she refused to treat me in any shape, form or fashion. She should have scheduled me to come to Staton C.F. for a culture done on both ears and also referred me to the Doctor as it is widely known even to a lay person that any type of infection in the head is extremely serious and can get into the brain as in my case and should be treated right away.

(99) The nurse practitioners have been repeatedly told by both the prior and present doctors to refer all ear infections to him. My case is solid, between the sick calls and grievances and the medical records from UAB/B'ham, that this was a serious infection in my ear and ended up in my brain. Additionally, Draper C.F. was the likely cause of that infection due to the water accesses in the bathroom having black mold/mildew in them and similarly the Drywall siding on homes and Chinese sheetrock had similar symptoms and they had to bulldoze those homes.

(100) Michele Sayers-Copeland was the Health Care Services Administrator chiefly in charge of the sick calls grievance and grievance appeals. She only responded

Page (34) of (40)

(101) to a handful of grievances prior to my getting the Ear infection. They were about the cataract issue only, and span aprox. Jan. 2015 to about March 2017. She showed deliberate indifference by failing to address the sick calls and grievances, grievance appeals. She delayed and/or ignored the treatment on my cataracts (Exhibits 1-5, which will be put in future pleading) and she completely ignored my grievances, appeals and sick calls. There is NO way she was not aware of my serious medical need that was life threatening.

(102) The medical provider and Copeland were aware of my medical needs, the CRNP saw the Q-Tip swabs with puss on them, and still even injury incurred when Copeland ignored my grievances, until my injury occurred on/about December 31st, 2017.

(103) Plaintiff reserves the right to amend this complaint, to add defendants if he finds the July 18th 2019, stroke was related in any way to the brain infection, in December 2017 as his follow-up care on the brain infection was "deplorable" and inadequate. He further, because he has had a recent stroke, the underlying brain infection and his symptons from both as described in paragraph 58-59,

page (3) of (40)
     (35)

(104) and due to extra-ordinary circumstances, respectfully requests that "Counsel be Appointed" because of his mental capacity, to further the ends of Justice, and an attorney would be much more successful at ~~developing its~~ (mc) developing discovery etc than Plaintiff acting pro-se.

(105)   Plaintiff apologizes for the "scratch" outs (with his initials), clerical errors and misspellings as he has no white-out and as stated before his mental capacity is "scrambled" and an attorney would correct this issue. See enclosed Motion For Counsel.

(106)         <u>Prayer For Relief</u>

   Wherefore plaintiff respectfully pray this Court enter judgement:

(107)   Granting Plaintiff Chapman a declaration that the acts and omissions described herein violate his rights under the U.S. ~~Constitution~~ (mc) Constitution and the laws of the United States, and

(108)   Granting Chapman, the plaintiff compensatory damages in the amount of $50,000 against defendants Naglich and Cooks, jointly and severally.
                 page (36) of (40)

(109)    Granting the Plaintiff Chapman Compensatory damages in the amount of $100,000 against defendants A.D.O.C. Commissioner Jefferson Dunn, Charlie Wahl, CRNP., Corizon Medical Services, Michele Sagers-Copeland R.N., jointly and severally.

(110)    Granting Plaintiff Chapman $85,000 against all defendants in punitive damages, jointly and severally.

(111)    Granting Plaintiff injunctive relief against A.D.O.C. Commissioner and his successive Commissioners and Wexford Health Subcontractors and/or (inc) successive Health Subcontractors and/or Medical Providers Administered through A.D.O.C. (Wexford is not a defendant at this time but current Medical Provider for A.D.O.C. as they hold the current Medical Contract as Corizon lost it in April/May 2018)

(112)    (a) To hold and incarcerate in "assisted living facility" for the duration of his sentence, and/or nursing home with an ankle bracelet and/or full time A.D.O.C. staff and/or private security, and/or

(b) Incarcerate Chapman at Staton Corr. Facility & H.C.U., Medical Observation Unit, for the duration of his sentence as long as Staton is open.

page (37) of (40)

(113)    If Staton closes for any reason, Chapman has the option of choosing a replacement.

(114)    Chapman get "Free-world" medical care other than his medicines which will be provided by current Medical Subcontractor. For minor illness, he will seek out current medical provider (cold, rash etc.) unless he feels the need to see free world physician. He will also be prescribed any "over the counter" medicine, cream ointment etc as well as antibiotics. these will be provided at absolutely no cost to Chapman. He also will not be subject to co-pays of any kind. He seeks this injuctive relief against A.D.O.C.

(115)    Chapman is open to any offer or settlement by defendants jointly and/or severally that is within and/or close to what he is asking. He agrees if a settlement that is fair and equitable, he will keep such settlement confidential with inmates and ADOC/Medical staff unaware what happened in the instant matter. The settlement if offered will NOT be one sided, but a negotiated best interest settlement, with Chapman (and/or his attorney) taking part in said negotiations. Said settlement must be fair and reasonable.

page (39) of (40)

(116) Additionally, the Clean-up/or surgery on Chapman's Left eye post-op that remains to be done, is to be done and the Cataract surgery on the right eye will be done at Eeye Center South by Dr. Sabastian Heesink.

(117) Paragraphs (111) through (116) are primarily Injuntive releif.

(118) Plaintiff Seeks a Jury Trial on all issues triable by jury.

(119) Plaintiff seeks recovery of his costs in this suit including but not limited to legal, Court costs and fees

(120) Plaintiff seeks any additional relief this Court deems just, proper and/or equitable.

Dated 12/23/2019

Respectfully Submitted,

Michael Chapman

Michael Chapman
AIS#271129   AL-98A
% Elmore C.F.
3520 Marion Spillway Rd
Elmore, AL 36025

page (39) of (40)

## Verification

(121)  I have read the foregoing Complaint and hereby verify that the matters alleged therein are true and factual, except to as matter alleged on information and belief, and as to those, I also believe them to be true and factual. I Certify under penalty of perjury that the foregoing is true and Correct to the best of my Knowledge and ability. Executed at Elmore Correctional Facility December 23ᵈ 2019.

*Michael Chapman*
Michael Chapman

## Certificate of Service

(122)  I hereby certify I have served a true and original copy of this § 1983 petition/pleading upon the Hon District Court Clerk by handing over to prison officials for Mailing via the U.S. Mail, 1ˢᵗ class Postage prepaid and invoking the "Mailbox Rule" per Houston V. Lack 487 U.S. 266(1988). The defendants[mc] will be served by Civil Summons. Done this Day of December 23ᵈ, 2019.

*Michell Chapman*
Michael Chapman

page(40) of (40)

AIS# 271129  A2-98A
S/o Elmore Corr Facility
3520 Marion Spillway Rd
Elmore, AL.
        36025

U.S. District Court
For The Middle District
Of Alabama
One Church Street
Montgomery, AL.
        36104

Private + Confidential
Legal