IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL CHAPMAN, AIS # 271129, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-7-WKW [WO] |
| JOHN Q. HAMM, ADOC Commissioner, in his official capacity; JEFFERSON DUNN, former ADOC Commissioner, in his individual capacity; RUTH NAGLICH, Associate Comm. Health A.D.O.C.; MARY COOKS, former Warden Draper CF; MICHELLE SAGERS COPELAND, former HSA; CHARLIE T. WAUGH, CRNP; and TEHUM CARE SERVICES, INC. d/b/a CORIZON HEALTH, INC./ CORIZON, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On February 9, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 56.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED as to Plaintiff's claims against John Q Hamm, in his official capacity[1]; Jefferson S. Dunn, in his individual capacity; Ruth Naglich; Mary Cooks; Michele Sagers Copeland; and Charlie Waugh.

(2) The motion for summary judgment (Doc. # 29), filed by John Q. Hamm, in his official capacity; Jefferson S. Dunn, in his individual capacity; Ruth Naglich; and Mary Cooks, is GRANTED on the federal-law claims, and the supplemental state-law claims are DISMISSED without prejudice under 28 U.S.C. § 1367(c)(3).

(3) The motion for summary judgment (Doc. # 13), filed by Defendants Michele Sagers Copeland and Charlie Waugh, is GRANTED on the federal-law claims, and the supplemental state-law claims are DISMISSED without prejudice under 28 U.S.C. § 1367(c)(3).

(4) Ruling on the motion for summary judgment (Doc. # 13), filed by Tehum Care Services, Inc. d/b/a Corizon Health, Inc./Corizon, LLC, is STAYED pursuant to the automatic stay, *see* 11 U.S.C. § 362(a).

(5) Because there is "no just reason for delay," Fed. R. Civ. P. 54(b), final judgment will be entered separately as to Plaintiff's action against John Q. Hamm,

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, John Q. Hamm automatically is substituted as a defendant in his official capacity.

in his official capacity; Jefferson S. Dunn, in his individual capacity; Ruth Naglich; Mary Cooks; Michele Sagers Copeland; and Charlie Waugh.

DONE this 7th day of March, 2023.

                                              /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE