**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **MICHAEL CHAPMAN** | ) |
| **(AIS# 271129)** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO.:** |
| **v.** | ) **2:20-CV-7-WKW-CSC** |
| | ) |
| **JEFFERSON DUNN/** | ) |
| **COMM. A.D.O.C., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**CORIZON, LLC/CORIZON, INC.'S NOTICE OF FILING COURT ORDER
REGARDING AUTOMATIC STAY**

COME NOW the Defendants, Tehum Care Services, Inc. d/b/a Corizon,

LLC/Corizon, Inc., and file the attached Order  (Exhibit A) with regard to the Order

regarding Debtor's Emergency Motion to Extend and Enforce the Automatic Stay.

The Court Order is attached hereto as Exhibit A.

Respectfully submitted,

*s/Philip G. Piggott*
Philip G. Piggott (ASB-4379-P67P)
WEBSTER HENRY
Two Perimeter Park South, Suite 445 East
Birmingham, AL 35243
Telephone: (205) 986-4400
Fax: (205) 380-3485
E-mail: ppiggott@websterhenry.com
*Attorney for Defendants, Corizon, LLC, Commissioner Jefferson Dunn,  Associate Commissioner Ruth Naglich, and Warden Mary Cooks*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all parties of record: None.

And I have mailed via U.S. Mail First Class Postage on same date a copy of same to the following pro se party:

Michael Chapman (AIS#271129)
Elmore Correctional Facility
3520 Marion Spillway Road
Elmore, AL 36025

s/*Philip G. Piggott*
OF COUNSEL